JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ, | Case No. CV 16-1641 FMO (GJSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CONSUELO DURAN, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Application for Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Daniel Lopez ("plaintiff") and against defendants Consuelo Duran, Jose Duran, Jose Hernandez, and Arturo Duran (collectively, "defendants") in the total amount of $4,000.00 in statutory damages under the Unruh Civil Rights Act, Cal. Civ. Code § 52(a).

2. Defendants are also ordered to pay costs in the amount of $480.00 and attorney's fees in the amount of $3,995.00.

2. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 27th day of June, 2016.

/s/
Fernando M. Olguin
United States District Judge